UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


MELODY KURTENBACH,

    Plaintiff,

v.                                     CASE NO.: 8:12-cv-20-T-23EAJ

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

**ORDER**

    An administrative law judge ("ALJ") found that Melody Kurtenbach is not entitled to disability benefits.  Asserting that the ALJ erred, Kurtenbach sues (Doc. 1) the Commissioner of Social Security.  Magistrate Judge Elizabeth A. Jenkins issued a report (Doc. 13) recommending a reversal of the Commissioner's decision and a remand for further proceedings.  The time Local Rule 6.02 permits for an objection expired, and the Commissioner submits nothing.

    Magistrate Judge Jenkins's report and recommendation is thorough and is factually and legally sound.  Consequently, the report and recommendation (Doc. 13) is **ADOPTED**, the decision of the Commissioner of Social Security is

**REVERSED**, and Kurtenbach's action is **REMANDED** for further proceedings consistent with this order.

The clerk is directed to enter judgment in favor of the plaintiff, to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on December 28, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE